O

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RAMON ALFREDO ARIAS AMADOR,

          Petitioner,

    v.

JAIME RIOS, et al.

        Respondents.

No. 5:26-cv-1563-CAS-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case.  No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED, and:

(A) within seven days of the date of this Order, Respondents must provide Petitioner an individualized bond hearing, pursuant to 8 U.S.C. § 1226(a) before an Immigration Judge.  At such bond hearing, Respondents must provide Petitioner with a meaningful opportunity to be heard before a neutral arbiter, and the opportunity to be represented by counsel and to present evidence.

(B) Respondents shall release Petitioner from custody if Petitioner is not timely provided with the aforementioned hearing.

(C) the parties shall file a Joint Status Report within ten (10) days of the date of this Order detailing if and when the hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial.

DATED: July 6, 2026

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2